IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTEEN WILLIAMS,

                Petitioner,

     vs.

STEUBE,   JUDGE,  and   NEBR ATTY
GENRL,

            Respondents.

**8:24CV41**

**MEMORANDUM AND ORDER**

On February 14, 2024, the Court directed Petitioner Justeen Williams to file an amended petition for writ of habeas corpus if she decided to allow this action to proceed as one brought pursuant to 28 U.S.C. § 2254 and to pay the filing fee or submit a motion to proceed in forma pauperis ("IFP").  Filing No. 3.  Furthermore, the Court advised Petitioner that if she failed to respond to the Court's February 14, 2024, Memorandum and Order or file an amended petition and pay the filing fee or submit a request to proceed IFP within 30 days, then this matter would be dismissed without prejudice and without further notice.  To date, Petitioner has not paid the filing fee, submitted a motion to proceed IFP, filed an amended petition, or taken any other action in this matter, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued.  The Court will enter judgment by a separate document.

Dated this 3rd day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge